*Or Send*

FILED
CLERK, U.S. DISTRICT COURT

JUL 25 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: *CR 92-405-SJO* |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); |
| *Todd J. Ensworth* ) | 18 U.S.C. § 3143(a)] |
| Defendant. ) | |

    The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
*Central Dist. of Cal.* for alleged violation(s) of the terms and
conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    ( ✓ ) The defendant has not met his/her burden of establishing by
clear and convincing evidence that he/she is not likely to flee
if released under 18 U.S.C. § 3142(b) or (c). This finding is
based on *history of noncompliance, no stable*

1   residence if released, history of drug use

2

3

4   and/or

5   B.   (X) The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on: history of drug use

10

11

12

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated:  7/25/08

18

19                                    _____

20                                    UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28